# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>      Plaintiff,<br><br> vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>      Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

1. Plaintiff Moshe Toussoun hereby notifies the Court that this case has been settled between Plaintiff and Defendant Equifax Information Services, LLC.

2. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

3. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC and adjourn all deadlines and conferences.

DATED:  November 16, 2021   **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

                 */s/ Moshe O. Boroosan*
                 MOSHE O. BOROOSAN
                 1318 Avenue J
                 Brooklyn, NY 11230
                 (404) 857-6229
                 moshe@boroosanlaw.com

                 *Attorneys for Plaintiff*