Case 1:21-cv-05745-MKB-JRC   Document 31   Filed 12/21/21   Page 1 of 1 PageID #: 128

Clerk's Office
Filed Date: 12/21/21

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>  Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Equifax Information Services, LLC only shall be, and is hereby, dismissed with prejudice and without costs, disbursements, or attorney's fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

DATED:  December 21, 2021

**LAW OFFICES OF MOSHE BOROOSAN, P.C.**
*/s/ Moshe Boroosan*
MOSHE O. BOROOSAN
1318 Avenue J
Brooklyn, NY 11230
(404) 857-6229
moshe@boroosanlaw.com
*Attorneys for Plaintiff Moshe Toussoun*

DATED:  December 21, 2021

**CLARK HILL**

*/s/ Boris Brownstein*
BORIS BROWNSTEIN
830 Third Avenue, Suite 200
New York, NY 10022
609.785.2923 (office)
609.785.2999 (fax)
bbrownstein@clarkhill.com

*Attorneys for Defendant Equifax*

SO ORDERED:
s/ MKB 12/21/2021

_____
MARGO K. BRODIE
United States District Judge