**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>       Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>       Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br><br>NOTICE OF SETTLEMENT WITH DEFENDANT GOLDMAN SACHS BANK USA |

1. Plaintiff Moshe Toussoun hereby notifies the Court that this case has been settled between Plaintiff and Defendant Goldman Sachs Bank USA.

2. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

3. The parties respectfully request that the Court stay this action as to Defendant Goldman Sachs Bank USA only and adjourn all deadlines and conferences.

DATED: January 13, 2022    **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

                  */s/ Moshe O. Boroosan*
                  MOSHE O. BOROOSAN
                  1318 Avenue J
                  Brooklyn, NY 11230
                  (404) 857-6229
                  moshe@boroosanlaw.com

                  *Attorneys for Plaintiff*