# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

1.　Plaintiff Moshe Toussoun hereby notifies the Court that this case has been settled between Plaintiff and Defendant Experian Information Solutions, Inc.

2.　A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

3.　The parties respectfully request that the Court stay this action as to Defendant Experian Information Solutions, Inc. only and adjourn all deadlines and conferences.

DATED:  January 24, 2022　　　　　　**LAW OFFICES OF MOSHE BOROOSAN, P.C.**

　　　　　　　　　　　　　　　　　　*/s/ Moshe O. Boroosan*
　　　　　　　　　　　　　　　　　　MOSHE O. BOROOSAN
　　　　　　　　　　　　　　　　　　1318 Avenue J
　　　　　　　　　　　　　　　　　　Brooklyn, NY 11230
　　　　　　　　　　　　　　　　　　(404) 857-6229
　　　　　　　　　　　　　　　　　　moshe@boroosanlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*