## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and GOLDMAN SACHS BANK USA,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE WITH DEFENDANT GOLDMAN SACHS BANK USA |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Goldman Sachs Bank USA only shall be, and is hereby, dismissed with prejudice and without costs, disbursements, or attorney's fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

DATED:  February 14, 2022

**LAW OFFICES OF MOSHE BOROOSAN, P.C.**
*/s/ Moshe Boroosan*
MOSHE O. BOROOSAN
1318 Avenue J
Brooklyn, NY 11230
(404) 857-6229
moshe@boroosanlaw.com

*Attorneys for Plaintiff Moshe Toussoun*

DATED:  February 14, 2022

**STROOCK**

*/s/ Arjun Rao*
ARJUN RAO
2029 Century Park East, 18th Floor
Los Angeles, CA 90067
(310) 556-5822
arao@stroock.com

*Attorneys for Defendant Goldman Sachs Bank USA*

SO ORDERED:
s/ MKB 2/14/2022
_____
MARGO K. BRODIE
United States District Judge