UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE TOUSSOUN,<br><br>                Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>                Defendants. | Civil Action No.: 1:21-cv-5745-MKB-JRC<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Experian Information Solutions, Inc. only shall be, and is hereby, dismissed with prejudice and without costs, disbursements, or attorney's fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

DATED: February 17, 2022

**LAW OFFICES OF MOSHE BOROOSAN, P.C.**

*/s/ Moshe O. Boroosan*
MOSHE O. BOROOSAN
1318 Avenue J
Brooklyn, NY 11230
(404) 857-6229
moshe@boroosanlaw.com

*Attorneys for Plaintiff Moshe Toussoun*

DATED: February 17, 2022

**JONES DAY**

*/s/ Shirley M. Chan*
SHIRLEY M. CHAN
250 Vesey Street
New York, NY 10281-1047
(212) 326-3635
smchan@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

SO ORDERED:
s/ MKB 2/17/2022

_____
MARGO K. BRODIE
United States District Judge