**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOSHE TOUSSOUN, <br><br> Plaintiff, <br> vs. <br><br> TRANS UNION, LLC, <br><br> Defendant. | Civil Action No.: 1:21-cv-5745-MKB-JRC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT TRANS UNION, LLC |

1. Plaintiff Moshe Toussoun hereby notifies the Court that this case has been settled between Plaintiff and Defendant Trans Union, LLC.

2. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

3. The parties respectfully request that the Court stay this action as to Defendant Trans Union, LLC and adjourn all deadlines and conferences.

DATED: February 21, 2022     **LAW OFFICES OF MOSHE BOROOSAN, P.C.**

*/s/ Moshe O. Boroosan*
MOSHE O. BOROOSAN
1318 Avenue J
Brooklyn, NY 11230
(404) 857-6229
moshe@boroosanlaw.com

*Attorneys for Plaintiff*