**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK (BROOKLYN)**

| | |
|---|---|
| MOSHE TOUSSOUN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and GOLDMAN SACHS BANK USA;<br>　　　　Defendants. | CASE NO.  1:21-cv-05745-MKB-JRC<br>　ECF Case<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Moshe Toussoun, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Moshe Toussoun against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Moshe Toussoun and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  _____

SO ORDERED:
s/ MKB 3/30/2022

_____
MARGO K. BRODIE
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Lauren M. McCabe, Esq.<br>lmccabe@stroock.com | Shirley Chan, Esq.<br>smchan@jonesday.com |
| Meir Weiss, Esq.<br>meir@boroosanlaw.com | Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com |
| Jared D. Brown, Esq.<br>jbrown@schuckitlaw.com | |